UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

MICHELE DYER,

Plaintiff,

v

DOLGENCORP, LLC d/b/a
DOLLAR GENERAL #1748,

Defendant.

Case No. 2:26-13042

Hon.
Magistrate Judge

Removed from Bay County Circuit Court Case No.: 26-3500-NO

---

Brian T. Keck (P77668)
BUCKFIRE LAW FIRM
Attorneys for Plaintiff
28411 Northwestern Hwy, Ste. 300
Southfield, MI 48034
(248) 331-9909
Fax: (248) 281-5695
brian@buckfirelaw.com
emmy@buckfirelaw.com - Asst

Benjamin M. Glazebrook (P69847)
PLUNKETT COONEY
Attorney for Defendant
211 W. Fort Street, Suite 1125
Detroit, MI 48226
(313) 983-4808
Fax: (248) 901-4040
bglazebrook@plunkettcooney.com
abrown@plunkettcooney.com - Asst

---

**NOTICE OF FILING REMOVAL**

**NOTICE OF REMOVAL TO FEDERAL COURT**

**VERIFICATION**

**CERTIFICATE OF SERVICE**

PLUNKETT COONEY,

By: /s/ Benjamin M. Glazebrook
BENJAMIN M. GLAZEBROOK (P69847)
Attorney for Defendant
211 W. Fort Street, Suite 1125
Detroit, Michigan 48226
(313) 983-4808/Fax:(248) 901-4040
bglazebrook@plunkettcooney.com

Dated: August 25, 2026

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF BAY

MICHELE DYER,

Plaintiff,

v

DOLGENCORP, LLC d/b/a
DOLLAR GENERAL #1748,

Defendant.

Case No. 26-3500-NO

Hon. Joseph K. Sheeran

---

Brian T. Keck (P77668)
BUCKFIRE LAW FIRM
Attorneys for Plaintiff
28411 Northwestern Highway, Ste. 300
Southfield, MI 48034
(248) 331-9909 / Fax: (248) 281-5695
brian@buckfirelaw.com
emmy@buckfirelaw.com - Assistant

Benjamin M. Glazebrook (P69847)
PLUNKETT COONEY
Attorney for Defendant
211 W. Fort Street, Suite 1125
Detroit, MI 48226
(313) 983-4808/ Fax: (248) 901-4040
bglazebrook@plunkettcooney.com
abrown@plunkettcooney.com - Assistant

---

**NOTICE OF FILING REMOVAL**

TO: Brian T. Keck (P77668)
BUCKFIRE LAW FIRM
Attorneys for Plaintiff
28411 Northwestern Hwy, Ste. 300
Southfield, MI 48034

Bay County Circuit Court
1230 Washington Avenue
Bay City, MI 48708

**PLEASE TAKE NOTICE** that, pursuant to 28 USC §1441, Defendant DOLGENCORP, LLC, d/b/a DOLLAR GENERAL #1748, a Kentucky limited liability company, (hereinafter Defendant), has this day filed a Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court, Eastern District of Michigan.

PLUNKETT COONEY,

By: /s/ Benjamin M. Glazebrook
BENJAMIN M. GLAZEBROOK (P69847)
Attorney for Defendant
211 W. Fort Street, Suite 1125
Detroit, Michigan 48226
(313) 983-4808/Fax:(248) 901-4040
bglazebrook@plunkettcooney.com

Dated: August 25, 2026

**PROOF OF SERVICE**

The undersigned certifies that on August 25, 2026, a copy of the foregoing document was served upon the attorney(s) of record in this matter at their stated business address as disclosed by the records herein via:

| | |
|---|---|
| ☐ Hand delivery | ☐ Overnight mail |
| ☐ U.S. Mail | ☐ Facsimile |
| ☒ Email | ☐ Electronic e-file |

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

/s/Angie Brown
Angie Brown

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

| | |
|---|---|
| MICHELE DYER,<br><br>Plaintiff,<br><br>v<br><br>DOLGENCORP, LLC d/b/a<br>DOLLAR GENERAL #1748,<br><br>Defendant. | Case No. 2:26-13042<br><br>Hon.<br>Magistrate Judge<br><br>Removed from Bay County Circuit Court Case No.: 26-3500-NO |

---

Brian T. Keck (P77668)
BUCKFIRE LAW FIRM
Attorneys for Plaintiff
28411 Northwestern Hwy, Ste. 300
Southfield, MI 48034
(248) 331-9909
Fax: (248) 281-5695
brian@buckfirelaw.com
emmy@buckfirelaw.com - Asst

Benjamin M. Glazebrook (P69847)
PLUNKETT COONEY
Attorney for Defendant
211 W. Fort Street, Suite 1125
Detroit, MI 48226
(313) 983-4808
Fax: (248) 901-4040
bglazebrook@plunkettcooney.com
abrown@plunkettcooney.com - Asst

---

## NOTICE OF REMOVAL TO FEDERAL COURT

TO: Clerk of the Court
Brian t. Keck, Esq.

**PLEASE TAKE NOTICE** that, pursuant to 28 USC §1441, Defendant DOLGENCORP, LLC, d/b/a DOLLAR GENERAL #1748, a Kentucky Limited

Liability Company, by its attorneys, PLUNKETT COONEY, and pursuant to 28 USCA §1332, 1441 and 1446, files the within Notice of Removal as follows:

1. On or about July 15, 2026, there was commenced, and is now pending in the Circuit Court for the County of Bay, State of Michigan, a certain civil action bearing case number 26-3500-NO, in which Michele Dyer is the Plaintiff, and Dolgencorp, LLC, d/b/a Dollar General #17485 is the named Defendant.

2. A copy of Plaintiff's Complaint is attached as **Exhibit A**.

3. That service was effectuated on Defendant on or about August 4, 2026.

4. This action is a suit at common law of a civil nature, in which Plaintiff, Michele Dyer claims that the Defendant's negligent acts caused her to sustain serious personal injuries as follows:

a. closed fracture on the shaft of left radius, complex tear of the lateral meniscus of the left knee, tear of the anterior horn of the medial meniscus of the left knee, traumatic hematoma of the left knee, and chronic pain in wrist and left knee, all which required surgeries, physical therapy, pain medications and other medical treatment;

b. pain, suffering, disability, loss of enjoyment of life, mental anguish, emotional distress, fright, shock, humiliation, embarrassment, anxiety, depression, inconvenience, loss of independence, and other noneconomic damages;

c. medical expenses and other out-of-pocket expenses and is likely to incur additional medical expenses and other out-of-pocket expenses in the future;

d. restrictions in ability to participate in activities;

e. economic and non-economic damages to be determined at trial;

f. other damages to become known throughout the course of discovery.

5. Plaintiff has alleged that she received medical treatment for said injuries.

6. As set forth in his Complaint, Plaintiff makes a generalized demand in excess of Twenty-Five Thousand Dollars ($25,000.00). However, Defendant anticipates that due to the nature and extent of her claims, Plaintiff seeks damages in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, costs and attorney fees.

7. This action involves a controversy with complete diversity of citizenship between citizens of different states and therefore, satisfies the requirement set forth in 28 USCA §1332:

a. Plaintiff is now and at the time of the commencement of this action, a resident and citizen of the State of Michigan, as stated in paragraph 1 of Plaintiff's Complaint **(Exhibit A)**.

b. Defendant is a Kentucky limited liability company with its principal place of business in Tennessee; it was not and is not a corporation created or organized under the laws of the State of Michigan, and does not have its principal place of business in Michigan**. (Exhibit B - Articles of Organization for Dolgencorp LLC).**

c. The sole member of Dolgencorp LLC is Dollar General Corporation, a Tennessee corporation with its principal place of business in Goodletsville, Tennessee. **(Exhibit C – Business Entity Detail Dollar General Corporation)**

8. The instant lawsuit is a controversy with complete diversity and involving an amount in controversy of more than $75,000.00 over which the Federal District Court of the United States has jurisdiction.

9. This Removal is timely made.

10. Written notice of filing of this Removal has been given to all parties as required by law and is attached hereto.

11. A true and correct copy of this Removal has been filed with the Clerk of the Court for the Circuit Court for the County of Bay.

**WHEREFORE** Defendant, DOLGENCORP, LLC, respectfully requests this Honorable Court to remove this civil action from the Circuit Court for the County of Bay, State of Michigan, to the United States District Court for the Eastern District of Michigan.

PLUNKETT COONEY,

By: /s/ Benjamin M. Glazebrook

BENJAMIN M. GLAZEBROOK (P69847)
Attorney for Defendant
211 W. Fort Street, Suite 1125
Detroit, Michigan 48226
(313) 983-4808/Fax:(248) 901-4040
bglazebrook@plunkettcooney.com

Dated: August 25, 2026

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

MICHELE DYER,

Plaintiff,

v

DOLGENCORP, LLC d/b/a
DOLLAR GENERAL #1748,

Defendant.

Case No. 2:26-13042

Hon.
Magistrate Judge

Removed from Bay County Circuit
Court Case No.: 26-3500-NO

---

Brian T. Keck (P77668)
BUCKFIRE LAW FIRM
Attorneys for Plaintiff
28411 Northwestern Hwy, Ste. 300
Southfield, MI 48034
(248) 331-9909
Fax: (248) 281-5695
brian@buckfirelaw.com
emmy@buckfirelaw.com - Asst

Benjamin M. Glazebrook (P69847)
PLUNKETT COONEY
Attorney for Defendant
211 W. Fort Street, Suite 1125
Detroit, MI 48226
(313) 983-4808
Fax: (248) 901-4040
bglazebrook@plunkettcooney.com
abrown@plunkettcooney.com - Asst

---

**VERIFICATION**

BENJAMIN M. GLAZEBROOK, first being duly sworn, states that he is the attorney for Defendant and that the foregoing Notice of Removal is true in substance and in fact to the best of his knowledge, information, and belief.

PLUNKETT COONEY,

By: /s/ Benjamin M. Glazebrook
BENJAMIN M. GLAZEBROOK (P69847)
Attorney for Defendant
211 W. Fort Street, Suite 1125
Detroit, Michigan 48226
(313) 983-4808/Fax:(248) 901-4040
bglazebrook@plunkettcooney.com

Dated: August 25, 2026

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

MICHELE DYER,

Plaintiff,

v

DOLGENCORP, LLC d/b/a
DOLLAR GENERAL #1748,

Defendant.

Case No. 2:26-13042

Hon.
Magistrate Judge

Removed from Bay County Circuit
Court Case No.: 26-3500-NO

---

Brian T. Keck (P77668)
BUCKFIRE LAW FIRM
Attorneys for Plaintiff
28411 Northwestern Hwy, Ste. 300
Southfield, MI 48034
(248) 331-9909
Fax: (248) 281-5695
brian@buckfirelaw.com
emmy@buckfirelaw.com - Asst

Benjamin M. Glazebrook (P69847)
PLUNKETT COONEY
Attorney for Defendant
211 W. Fort Street, Suite 1125
Detroit, MI 48226
(313) 983-4808
Fax: (248) 901-4040
bglazebrook@plunkettcooney.com
abrown@plunkettcooney.com - Asst

---

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2026, I electronically filed ***Defendant's Notice of Filing Removal, Notice of Removal to Federal Court, Verification, and Certificate of Service*** with the Clerk of the Court using the ECF system, or in the alternative, I have mailed by United States Postal Service to any parties that are not ECF participants.

PLUNKETT COONEY,

By: /s/ Benjamin M. Glazebrook
BENJAMIN M. GLAZEBROOK (P69847)
Attorney for Defendant
211 W. Fort Street, Suite 1125
Detroit, Michigan 48226
(313) 983-4808/Fax:(248) 901-4040
bglazebrook@plunkettcooney.com

Dated: August 25, 2026